IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **SHERRY WISE,** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | NO. 02-CV-4121 |
| | ) | |
| **ONDURA CORPORATION,** | ) | |
| **NULINE INDUSTRIES, INC.** | ) | |
| **LOWE'S HOME CENTERS, INC.** | ) | |
| **Defendants** | ) | |

### AGREED ORDER OF DISMISSAL

The Court, having been informed of the settlement agreement between the parties, hereby orders that all of Plaintiff's claims in the above-styled and numbered cause against all Defendants are dismissed with prejudice to the rights of Plaintiff to re-file same. It is further ordered that all costs of court are to be taxes against the party incurring them.

IT IS SO ORDERED this __18__ day of __Nov.__, 2005.

_____
Harry F. Barnes, U.S. District Judge

APPROVED:

_____
F. Mattison Thomas, III
COMPTON, PREWITT, THOMAS & HICKEY, L.L.P.
P.O. Drawer 11210
El Dorado, Texas 717731-11210

ATTORNEYS FOR PLAINTIFF

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

NOV 2 3 2005

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK

_[signature]_
Alfred F. Angulo, Jr.
LASER LAW FIRM
101 S. Spring Street - Suite 300
Little Rock, Arkansas 72201-2488

ATTORNEYS FOR DEFENDANT
LOWE'S HOME CENTERS, INC.

_[signature]_
J. Dennis Chambers
ATCHLEY, RUSSELL, WALDROP &
HLAVINKA, L.L.P.
1710 Moores Lane - P.O. Box 5517
Texarkana, TX 75505

ATTORNEYS FOR DEFENDANTS
ONDURA CORPORATION AND
NULINE INDUSTRIES, INC.